JAURIGUE LAW GROUP
Michael J. Jaurigue (SBN 208123)
E-mail: michael@jlglawyers.com
Abigail A. Zelenski (SBN 228610)
E-mail: abigail@jlglawyers.com
David Zelenski (SBN 231768)
E-mail: david@jlglawyers.com
114 North Brand Boulevard, Suite 200
Glendale, California 91203
Telephone: (818) 630-7280
Facsimile: (888) 879-1697

*Attorneys for Plaintiff JEFFREY SHIEH*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| JEFFREY SHIEH, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>     v.<br><br>INSOMNIAC HOLDINGS, LLC, a limited-liability company; INSOMNIAC ENTERTAINMENT, INC., a corporation; INSOMNIAC, INC., a corporation; SBE ENTERTAINMENT GROUP, LLC, a limited-liability company; SBEEG HOLDINGS, LLC, a limited-liability company; SBE RESTAURANT GROUP, LLC, a limited-liability company; SPOONFUL MANAGEMENT LLC, a limited-liability company; 6021 HOLLYWOOD INVESTOR, LLC, a limited-liability company; 6021 HOLLYWOOD OPERATING COMPANY, LLC, a limited-liability company; and IVISIONMOBILE, INC., a corporation,<br><br>       Defendants. | Case No. 14-CV-08947-FMO (JCx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS**<br><br>*Assigned to Hon. Fernando M. Olguin* |

Having considered the Stipulation to dismiss filed on September 2, 2015, and good cause appearing, **IT IS HEREBY ORDERED** that:

1.      The above-captioned action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class' claims; and

2.      All parties shall bear their own attorney's fees and costs, except as otherwise expressly noted in the Settlement Agreement and General Release executed by the parties.

**IT IS SO ORDERED**.

Dated:  <u>September 4, 2015</u>                                    <u>          /s/          </u>

                                                                          Hon. Fernando M. Olguin
                                                                          *U.S. District Court Judge*

/ / / / /

Approved as to form pursuant to rule 52-8 of the Central District of California's Local Rules.


Dated:  September 2, 2015                    JAURIGUE LAW GROUP

                                             /s/ David Zelenski
                                             _____
                                             Michael J. Jaurigue
                                             Abigail A. Zelenski
                                             David Zelenski
                                             *Attorneys for Plaintiff Jeffrey Shieh*


Dated:  September 2, 2015                    VENABLE LLP

                                             /s/ Ari N. Rothman
                                             _____
                                             Ari N. Rothman
                                             Witt W. Chang
                                             Sean P. Hanle
                                             *Attorneys for Defendants Insomniac Holdings,
                                             LLC; Insomniac Entertainment, Inc.; Insomniac,
                                             Inc.; SBE Entertainment Group, LLC; SBEEG
                                             Holdings, LLC; SBE Restaurant Group, LLC;
                                             Spoonful Management LLC; 6021 Hollywood
                                             Investor, LLC; and 6021 Hollywood Operating
                                             Company, LLC*


Dated:  September 2, 2015                    LAW OFFICES OF THOMAS F. NOWLAND

                                             /s/ Daniel A. Brodnax
                                             _____
                                             Thomas F. Nowland
                                             Daniel A. Brodnax
                                             Sean B. Janzen
                                             *Attorneys for Defendant iVisionMobile, Inc.*